UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL BARRETT CONWAY, ) <br> ) <br>     Petitioner, ) <br> ) <br> vs. ) <br> ) <br> DORA B. SCHRIRO, *et al.*, ) <br> ) <br>     Respondents. ) <br> ) | 2:05-cv-2052 JWS <br><br> ORDER FROM CHAMBERS <br><br> [Re:  Report at docket 23, and <br>       Motions at dockets 19 and 28] |

**I.  MATTERS PRESENTED**

Pursuant to 28 U.S.C. § 2254, petitioner Conway sought a writ of habeas corpus at docket 1.  At docket 19, Conway filed a motion asking the court to conduct an evidentiary hearing.  The parties fully briefed the motion at docket 19 and the petition for habeas relief.  At docket 23, the magistrate judge filed a report recommending that the motion at docket 19 be denied and that the petition be denied and dismissed with prejudice.  Conway filed a timely objection at docket 27.  No reply to the objection was filed.  Conway also filed a motion asking for *de novo* review at docket 28.  No response was filed to the motion at docket 28.

## II.  STANDARD OF REVIEW

The district court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate."[1]  When reviewing a magistrate judge's report and recommendation in a case such as this one, the district court conducts *de novo* review of all conclusions of law,[2] and any findings of fact to which objections have been made.[3]  Uncontested findings of fact are reviewed for clear error.[4]

## III.  DISCUSSION

The report filed at docket 23 by Magistrate Judge Voss, is thorough and well reasoned.  Having reviewed the parties' papers and applied the standard of review articulated above, this court concludes that the magistrate judge has correctly found the facts and applied the law in all respects in his recommendation at docket 23.  This court adopts his recommended findings of fact and conclusions of law.  Based thereon the motion at docket 19 will be denied, and the petition at docket 1 will be denied and dismissed with prejudice.

The motion at docket 28 is **GRANTED** in part and **DENIED** in part as follows: The motion is granted to the extent it seeks *de novo* review of challenged findings of

---

[1] 28 U.S.C. § 636(b)(1).

[2] *Barilla v. Ervin,* 886 F.2d 1514, 1518 (9th Cir. 1989), *overruled on other grounds by Simpson v. Lear Astronics Corp.*, 77 F.3d 1170, 1174 (9th Cir. 1996).

[3] 28 U.S.C. § 636(b)(1).

[4] *Taberer v. Armstrong World Industries, Inc.,* 954 F.2d 888, 906 (3d Cir. 1992).

fact and conclusions of law, but it is denied to the extent that it seeks *de novo* review of recommended findings of fact to which no objection was taken.

### IV.  CONCLUSION

For the reasons above, this court adopts Magistrate Judge Voss' recommended findings and conclusions.  Based thereon, the motion at docket 19 is **DENIED,** and the petition at docket 1 is **DENIED** and **DISMISSED** with prejudice.

As explained above, the motion at docket 28 is **GRANTED** in part and **DENIED** in part as set out in the preceding section of this order.

The Clerk of Court will please enter judgment accordingly.

DATED at Anchorage, Alaska, this 26th day of October 2006.

>             /s/
>      JOHN W. SEDWICK
> UNITED STATES DISTRICT JUDGE